UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER,<br><br>                              Plaintiff,<br><br>    - against -<br><br>THE INFATUATION INC.<br><br>                              Defendant. | Docket No. 1:18-cv-7417<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Bill Wisser ("Wisser" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The Infatuation Inc. ("Infatuation" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of The Tree of Life food dish at El Cielo restaurant in Miami, Florida, owned and registered by Wisser, a professional photographer. Accordingly, Wisser seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Wisser is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 565 NW 44th Street, Miami, FL 33127.

6. Upon information and belief, Infatuation is a foreign business corporation duly organized and existing under the laws of the State of New York, with a place of business at 425 E. 13th Street, New York, NY, 10009. Upon information and belief Infatuation is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Infatuation has owned and operated a website at the URL: www.zagat.com ( the "Website").

## STATEMENT OF FACTS

A. **Background and Plaintiff's Ownership of the Photograph**

7. Wisser photographed The Tree of Life food dish at El Cielo restaurant in Miami, Florida (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Wisser then licensed the Photograph to the Miami New Times. On March 24, 2015, the Miami New Times ran an article that featured the Photograph entitled *El Cielo Seeks a Place for Colombia's Cuisine on the World Stage*. See URL https://www.miaminewtimes.com/restaurants/el-cielo-seeks-a-place-for-colombias-cuisine-on-the-world-stage-7550106.  Wisser's name was featured in a gutter credit identifying him as the

photographer of the Photograph. A screen shot of the Photograph on the article is attached hereto as Exhibit B.

9. Wisser is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-061-261.

### B. Defendant's Infringing Activities

11. On or about February 1, 2016, Infatuation ran an article on the Website titled *10 Totally Insane-Looking Dishes and Drinks in Miami.* See URL https://www.zagat.com/b/10-totally-insane-looking-dishes-and-drinks-in-miami. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

12. Infatuation did not license the Photograph from Plaintiff for its article, nor did Infatuation have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST INFATUATION)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Infatuation infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Infatuation is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST INFATUATION**
**(17 U.S.C. § 1202)**

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Upon information and belief, in its article on the Website, Defendant copied the Photograph from the Miami News Times which contained a gutter credit underneath the Photograph stating "BillWisserPhoto.com" and placed it on its Website without the gutter credit.

20. Upon information and belief, intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21. The conduct of Infatuation violates 17 U.S.C. § 1202(b).

22. Upon information and belief, infatuation's falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

23. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Infatuation intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Infatuation also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

24. As a result of the wrongful conduct of Infatuation as alleged herein, Plaintiff is entitled to recover from Infatuation the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Infatuation because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

25. Alternatively, Plaintiff may elect to recover from Infatuation statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Infatuation be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Infatuation be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
August 16, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Bill Wisser*